CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 08 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CINDERELLA L. ALLEN, ) | |
| ) | Civil Action No. 7:08cv00588 |
| Plaintiff, ) | |
| ) | **ORDER ADOPTING REPORT** |
| v. ) | **AND RECOMMENDATION** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Judge James C. Turk |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Cinderella Louise Allen brings this action pursuant to 42 U.S.C. §§ 216(i) and 223 for review of the Commissioner of Social Security's final decision denying her claims for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. The Court referred the matter to United States Magistrate Judge Michael F. Urbanski for a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report finding that the record reviewed by the Administrative Law Judge ("ALJ") did not contain certain medical records and opinions from Allen's treating physicians. Although these medical records and opinions were submitted to, and considered by, the Appeals Council, the Appeals Council did not grant Allen's request to review the ALJ's decision. In accordance with Wilkins v. Secretary, Dept. of Health & Human Servs., 953 F.2d 93 (4th Cir. 1991) (*en banc*), the Magistrate Judge concluded that there was a reasonable possibility that the additional evidence presented by Allen could change the outcome of the Commissioner's decision. The Magistrate Judge, therefore, recommended that the Court remand the case back to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the findings of the Report and Recommendation, including an appropriate evaluation and assessment of the additional medical records and disability opinions from Allen's treating physicians that were not previously considered.

Following the issuance of the Report and Recommendation, the parties were entitled to note any objections within ten (10) days. Fed. R. Civ. P. 72(b) (2008). The Court received no such objections. As a result, and having reviewed the Magistrate Judge's Report and Recommendation and pertinent portions of the record, the Court agrees with the Magistrate Judge's recommendation. Accordingly, it is hereby

## ORDERED and ADJUDGED

that the Magistrate Judge's Report and Recommendation is **ADOPTED** and the case be remanded to the Commissioner of Social Security for further consideration. The Clerk of Court is directed to send copies of this Order to counsel of record for all parties.

ENTER: This 8th day of January, 2010.

Hon. James C. Turk
Senior United States District Judge